

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 2, 2025

**BY ECF AND EMAIL**
The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brandi Felci, et al.*, S1 25 Cr. 484 (DLC)

Dear Chief Judge Netburn, Judge Lehrburger, and Judge Ricardo:

    The Government respectfully writes in connection with the above-captioned matter to correct the record and apologize for its incorrect understanding regarding the hospital visits of defendant Brandi Felci since her arrest on Thursday, October 30, 2025. Immediately following the defendant's arrest at approximately 10:45 a.m. on Thursday morning, the defendant was brought to a hospital by New York City Police Department ("NYPD") officers, where she was provided methadone and given a Fit for Confinement Letter, confirming that it was medically safe for her to be housed in Bureau of Prisons custody. The defendant was then brought to the Courthouse, where she was expected to be presented and arraigned before Judge Lehrburger. After visiting the defendant in the Pretrial Services Office, Judge Lehrburger determined that she could not be presented and instead ordered her to be returned to a hospital, with the presentment adjourned until the following day.

    Following the Court's adjournment at approximately 3:15 p.m. on October 30, the defendant was transferred from the custody of the case agents, into the custody of other officers who would assist in facilitating her transport. This was necessary because the case agents had been awake and conducting operations since at least 5:00 p.m., Wednesday, October 29, and

November 2, 2025
Page 2 of 2

needed rest before performing more transports and potential hospital shifts. Unfortunately, miscommunication between the case agents and the new officers resulted in the new officers being unaware of the Court's hospitalization order, and the defendant was not taken to the hospital again on Thursday night; she was instead taken to the Metropolitan Detention Center ("MDC"). The next morning, Friday October 31, 2025, at about 8:30 a.m., the case agents returned to duty, picked up the defendant at the MDC, and ensured that she was taken directly to a hospital, where she received additional methadone, before being returned to the Courthouse.

      The Government apologizes for its incorrect understanding of the facts as relayed to the Court on Friday and regrets that the Court's directive was not met. For this reason, Monday's presentment cannot be attended by an officer who took the defendant to the hospital after she left the Courthouse on Thursday evening and, instead, the case agent will attend the presentment. There is no disagreement, however, that the defendant was brought to the hospital for medical assessment twice within 24 hours of her arrest: first, midday Thursday (when she was taken to the hospital, treated, and deemed fit for confinement), and then again immediately upon her Friday morning pickup (when officers again returned her to the hospital for further treatment).

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:   /s/
      Remy Grosbard
      Adam Z. Margulies
      Lauren E. Phillips
      Assistant United States Attorneys
      Southern District of New York

cc:    Counsel of Record (by ECF and email)