# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

November 3, 2025

The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
40 Foley Square

New York, New York 10007
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street

New York, New York 10007
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandi Felci, et al.*, S1 25 Cr. 484 (DLC)

Dear Chief Judge Netburn, Judge Lehrburger, and Judge Ricardo:

I write in response to the Government's letter dated November 2, 2025 (Dkt. 72). While the Government's acknowledgment and apology to the Court are appropriate, its letter omits an equally necessary acknowledgment that its failure to provide accurate information and to comply with this Court's Order directly affected both Ms. Felci and undersigned counsel.

As the Government now concedes, the Court ordered Ms. Felci returned to the hospital on the afternoon of October 30 for medical care. Contrary to those instructions, she was instead taken to the Metropolitan Detention Center and remained there overnight without receiving the treatment this Court Ordered. During Friday's proceedings, the Government, relying on incorrect representations, assured the Court that Ms. Felci had in fact received that treatment. Those statements were inaccurate. The resulting confusion delayed necessary medical care and undermined confidence in the reliability of information being provided to the Court.

It is important to note that the officers and the Government had more than adequate time to investigate counsel's concern in this regard. Before the Court went on the record, and again while on the record, I specifically urged the Government to contact

the officers who allegedly took Ms. Felci to the hospital and to contact the hospital itself to request documentation confirming that treatment had occurred. Instead of verifying those facts, the Government chose to question my duty to my client for raising a factual dispute, one that my client was adamant about and consistent in her statement that she was taken directly from 500 Pearl Street to the Metropolitan Detention Center in Brooklyn without ever being transported to a hospital.

The Government's apology properly extends to the Court, but it also owes an apology to Ms. Felci, whose health and safety were placed at risk, and to defense counsel, who raised the issue in good faith and was met not with professionalism but with hostility. After Friday's adjournment, as I was leaving the courtroom, members of the prosecution team approached me in an aggressive manner, suggesting that I had acted inappropriately by raising the issue of Ms. Felci's medical care and by questioning the veracity of the NYPD officers' account. That exchange was entirely inappropriate. Raising compliance with a judicial Order governing a defendant's medical care is not misconduct; it is counsel's obligation.

My actions were entirely consistent with the professional obligations imposed on defense counsel under the ABA Model Rules of Professional Conduct and the ABA Standards for Criminal Justice: Defense Function, which require defense counsel to act diligently, competently, and with candor in protecting a client's health, safety, and legal rights, and in ensuring that the Court receives accurate information. *(See* ABA Model Rules of Prof'l Conduct Rules 1.1, 1.3, 1.4, 3.3; ABA Standards for Criminal Justice: Defense Function (4th ed.) § 4-1.2(b).

I respectfully ask that the Court note these circumstances for the record. Defense counsel continues to expect that any future issues concerning Ms. Felci's medical condition or custodial status will be addressed promptly and with the candor and professionalism required in federal practice.

Respectfully,

-s- *Angus James Bell, Esq.*
A. James Bell, Esq.

Cc: By ECF and Email
Remy Grosbard, AUSA
Adam Z. Margulies, AUSA
Lauren E. Phillips, AUSA